STATE v. ROWLAND

No. 162P88.

Case below: 89 N.C. App. 372.

Petition by Attorney General for writ of supersedeas and temporary stay denied 20 April 1988.

STATE v. SEALEY

No. 657P87.

Case below: 87 N.C. App. 679.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 May 1988.

STATE v. SMITH

No. 163A88.

Case below: 89 N.C. App. 19.

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 May 1988. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 5 May 1988. Only those issues which are the basis of the dissenting opinion in the Court of Appeals shall be presented to the Supreme Court in defendants' briefs.

STATE v. SOLOMAN

No. 49P88.

Case below: 88 N.C. App. 313.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 May 1988.

STATE v. TART

No. 56P88.

Case below: 88 N.C. App. 483.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 May 1988.